| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* _____  Chapter  **7** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
EETKO Builders, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  EETKO Builder

**3. Debtor's federal Employer Identification Number (EIN)**  
45-4202406

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3403 Veterans Drive<br>Traverse City, MI 49684 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Grand Traverse | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor   **EETKO Builders, LLC**                                        Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Shaun Gober** | Relationship | **Managing Member** |
|---|---|---|---|
| District | **Western District of Michigan** | When | Case number, if known |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 2

Debtor  **EETKO Builders, LLC**　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　　Name

Debtor   **EETKO Builders, LLC**                                             Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                             Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
             Contact name _____
             Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*
   - ☐ Funds will be available for distribution to unsecured creditors.
   - ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **EETKO Builders, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 21, 2021**
              MM / DD / YYYY

X **/s/ Shaun Gober**                              **Shaun Gober**
Signature of authorized representative of debtor    Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Paul Bare**                     Date **January 21, 2021**
Signature of attorney for debtor             MM / DD / YYYY

**Paul Bare P26843**
Printed name

**Bare & Clough, P.C.**
Firm name

**3281 Racquet Club Drive**
**Suite C**
**Traverse City, MI 49684**
Number, Street, City, State & ZIP Code

Contact phone  **231-946-4901**     Email address  **lawofficecourtdocs@gmail.com**

**P26843 MI**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

**Fill in this information to identify the case:**

Debtor name  **EETKO Builders, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 21, 2021**    X **/s/ Shaun Gober**
Signature of individual signing on behalf of debtor

**Shaun Gober**
Printed name

**Managing Member**
Position or relationship to debtor

# United States Bankruptcy Court
## Western District of Michigan

In re  **EETKO Builders, LLC**  
                       Debtor(s)

Case No.  
Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 21, 2021**

**/s/ Shaun Gober**  
**Shaun Gober**/**Managing Member**  
Signer/Title

```
                        13TH CIRCUIT COURT
                        328 WASHINGTON ST
                        SUITE 300
                        TRAVERSE CITY MI 49684


                        13TH CIRCUIT COURT
                        328 WASHINGTON ST
                        SUITE 300
                        2019-03185
                        TRAVERSE CITY MI 49684


                        13TH CIRCUIT COURT
                        328 WASHINGTON ST
                        SUITE 300
                        19-35056
                        TRAVERSE CITY MI 49684



                        4 FRONT CREDIT UNION
                        PO BOX 795
                        TRAVERSE CITY MI 49685


                        86TH DISTRICT COURT
                        280 WASHINGTON STREET
                        SUITE 114C
                        20-1842 GC1
                        TRAVERSE   CITY MI 49684


                        86TH DISTRICT COURT
                        280 WASHINGTON STREET
                        SUITE 114C
                        20-1667-SC1
                        TRAVERSE   CITY MI 49684


                        86TH DISTRICT COURT
                        280 WASHINGTON STREET
                        SUITE 114C
                        20-1344 SC 1
                        TRAVERSE   CITY MI 49684


                        ACUITY
                        RONALD B RICH & ASSOC
                        30665 NORTHWESTERN HWY STE 280
                        FARMINGTON MI 48334
```

ADR HEATING & COOLING, LLC
9627 E CARTER RD
RICHARD ANSORGE
TRAVERSE CITY MI 49684


BUILDERS FIRSTSOURCE INC
SMITH & JOHNSON ATTORNEYS PC
PO BOX 705
TRAVERSE CITY MI 49685


CAPITAL ONE
BANKRUPTCY DEPARTMENT
PO BOX 30281
SALT LAKE CITY UT 84130-0281


CHASE INK
PO BOX 6294
CAROL STREAM IL 60197


EBF PARTNERS LLC
EVEREST BUSINESS FUNDING
C/O MANCINELLI GOEMAN LAW GRP
10500 CHICAGO DRIVE ST 75
ZEELAND MI 49464


EVEREST BUSINESS FUNDING
8200 NW 52ND TER.
2ND FLOOR
MIAMI FL 33166


GERALD F. CHEFALO
502 RAILROAD AVE
PO BOX 5263
TRAVERSE CITY MI 49696


GSCL LLC
WILLIAM BURDETTE
13709 SW BAYSHORE
TRAVERSE CITY MI 49684


HOME DEPOT CREDIT SERVICES
PO BOX 790328
SAINT LOUIS MO 63179

JAMES AND HEATHER CADE
11555 N 9 RD
BUCKLEY MI 49620


KABBAGE BUSINESS LOANS
PO BOX 77081
SUITE 1688
ATLANTA GA 30357


KINGSLEY LUMBER & HARDWARE,LLC
BISHOP & HEINZ, PC
PO BOX 707
TRAVERSE CITY MI 49685


KUBOTA CREDIT  CORPORATION
PO BOX 2429
SUWANEE GA 30024-0980


LEELANAU REDI MIX
C/O GROGAN LAW PC
3240 RACQUET CLUB DRIVE
TRAVERSE CITY MI 49684


MAD ENTERTAINMENT, LLC
BRAD J VANNATTER
514 E FRONT STREET
TRAVERSE CITY MI 49686


MANCINELLI GOEMAN LAW GROUP
10500 CHICAGO DRIVE STE 75
ZEELAND MI 49464


MARVIN AND ROSE ANN SLEE
PO BOX 726
KINGSLEY MI 49649


MATTHEW MCCORMICK
361 FARM LANE
TRAVERSE CITY MI 49696


MICHAEL C NAUGHTON
NORTH COAST LEGAL
800 COTTAGEVIEW DRIVE
STE 1080 A
TRAVERSE CITY MI 49684

```
MITCHELL CONCRETE
CRAIG ELHART
329 SOUTH UNION ST
TRAVERSE CITY MI 49684


NORTH COUNTRY B&T
130 S CEDAR ST
MANISTIQUE MI 49854


O'LEARY PAINT
300 E OAKLAND AVE
LANSING MI 48906


PHH MORTGAGE ICE CENTER
1 MORTGAGE WAY
SV09
MOUNT LAUREL NJ 08054


PRO IMAGE DESIGN, INC
331 SOUTH AIRPORT RD
TRAVERSE CITY MI 49686


ROD AND BARBARA BOGART
621 FENTON RD
KINGSLEY MI 49649


SHAUN GOBER
2122 SOLACE DRIVE
TRAVERSE CITY MI 49696


SHOEMAKER INC
HEATING & COOLING SUPPLY
507 CHICAGO DRIVE
HOLLAND MI 49423


SIMMER LAND SURVEYING LLC
PO BOX 81
MESICK MI 49668


THE BUSINESS BACKER
10856 REED HARTMAN HWY
STE 100
CINCINNATI OH 45242
```

```
TODD WILCOX
896 REYNOLDS RD
INTERLOCHEN MI 49643


WILLIAM G. BURDETTE, PC
13709 SW BAYSHORE DRIVE
TRAVERSE CITY MI 49684
```

08/17

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

In re:                                                                                    Case No. _____

              **EETKO Builders, LLC**                          Chapter 7

              Debtor(s).

_____/

**ASSET PROTECTION REPORT**

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| **INSURABLE ASSET** (from schedules) | **IS ASSET INSURED?** (Yes/No) | **NAME & ADDRESS OF AGENT OR INSURANCE CO.** | **POLICY EXPIRATION DATE** (MM/YYYY) | **WILL DEBTOR RENEW INSURANCE ON EXPIRATION?** (Yes/No) |
|---|---|---|---|---|
| **-NONE-** | | | | |

If the debtor is self-employed, does the debtor have general liability insurance for business activities?
Yes ☐   No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: **January 15, 2021**                                    **/s/ Shaun Gober**
                                                                                              **Managing Member /Shaun Gober**
                                                                                                                                            Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.