**Fill in this information to identify the case:**

Debtor name  **EETKO Builders, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  **21-00150**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $205,225.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | 3.1.  **managing member of Debtor** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Debtor has check register and bank statements showing this information. This information will be available to the Trustee and other parties.** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **EETKO Builders, LLC**                                  Case number *(if known)*  **21-00150**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Shaun Gober<br>2122 Solace Drive<br>Traverse City, MI 49696<br>managing member | **last year** | **$19,099.99** | **During the last year, draws by managing member.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   EBF Partners LLC vs EETKO Builder, LLC<br>2019-0351485 CB | **Collection** | 13th Circuit Court<br>328 Washington St<br>Suite 300<br>Traverse City, MI 49684 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.   Kingsley Lumber & Hardware,LLC vs EETKO Builder<br>19-35056 CK | **Collection** | 13th Circuit Court<br>328 Washington St<br>Suite 300<br>Traverse City, MI 49684 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3.   Marvin and Rose Ann Slee vs EETKO Builder<br>20-1667 SC 1 | **Collection** | 86th District Court<br>280 Washington Street<br>Suite 114C<br>Traverse  City, MI 49684 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4.   Matthew McCormick vs EETKO Builder<br>20-1420 GC 1 | **Collection** | 86th District Court<br>280 Washington Street<br>Suite 114C<br>Traverse  City, MI 49684 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **EETKO Builders, LLC**                                    Case number *(if known)*   **21-00150**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. | **Builders Firstsource Inc vs EETKO Builder 19-35164 CK** | **Collection** | **13th Circuit Court 328 Washington St Suite 300 Traverse City, MI 49684** | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.**   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. | **Bare & Clough, P.C. 3281 Racquet Club Drive Suite C Traverse City, MI 49684** | **Attorney Fees** | **12-21-2020** | **$2,900.00** |
| | Email or website address **lawofficecourtdocs@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Debtor    **EETKO Builders, LLC**    Case number *(if known)* **21-00150**

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Jeremy and Megan Bollenbacher<br>339 Farm Lane<br>Traverse City, MI 49696 | 339 Farm Lane, Traverse City MI | 8-21-2020 | $348,500.00 |
| | Relationship to debtor<br>none | | | |
| 13.2. | Daniel Nielson<br>1319 Maggies Lane<br>Kingsley, MI 49649 | home located at 1319 Maggies Lane, Kingsley MI 49649 | 9-8-2020 | $305,000.00 |
| | Relationship to debtor<br>none | | | |
| 13.3. | Paul Graber III and Danieel Graber<br>1251 Nightingale Lane<br>Kingsley, MI 49649 | property at 1251 Nightingale Lane, Kingsley MI 49649 | 3-20-2020 | $285,000.00 |
| | Relationship to debtor<br>none | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

Debtor    **EETKO Builders, LLC**                                                    Case number *(if known)*  **21-00150**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<br>

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

<br>

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

<br>

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

<br>

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **EETKO Builders, LLC**                                      Case number *(if known)*  **21-00150**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■  None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Pyramid Tax, Accounting & Consulting** **3335 S Airport Rd West** **Ste 8A** **Traverse City, MI 49684** | **three years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor    **EETKO Builders, LLC**                                    Case number *(if known)* **21-00150**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Shaun Gober**<br>**Member of LLC**<br>**2122 Solace Drive**<br>**Traverse City, MI 49696** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shaun Gober** | **2122 Solace Drive**<br>**Traverse City, MI 49696** | **Sole Member** | **100%** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Shaun Gober**<br>**2122 Solace Drive**<br>**Traverse City, MI 49696** | **compensation** | **2019 and 2020** | **compensation for 2019 is $35,622.00 Compensation for 2020 is $** |
| **Relationship to debtor**<br>**Sole Member** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **EETKO Builders, LLC**                                          Case number *(if known)*   **21-00150**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **EETKO Builders, LLC**                                    Case number *(if known)*  **21-00150**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 12, 2021**

**/s/ Shaun Gober**                                         **Shaun Gober**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name    **EETKO Builders, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00150**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1.   **4 Front Credit Union**                                         **$92.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                    **$92.00**
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **EETKO Builders, LLC**                                    Case number *(If known)* **21-00150**
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** **Miscellaneous building materials** | | **$0.00** | | **$500.00** |

20.      **Work in progress**

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**

      Add lines 19 through 22.  Copy the total to line 84.

|  |
|---|
| **$500.00** |

24.      **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **EETKO Builders, LLC**                                    Case number *(If known)* **21-00150**
        Name

47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
      **Kubota SVL75-2HFWC, VIN 41200**
      **Debtor has a buy/sell agreement with Todd**
      **Wilcox.  If Mr. Wilcox makes all payments, he**
      **will then own the Kubota.**                    $0.00    **Dealer valuation**              $45,100.50

51.   **Total of Part 8.**                                                                        $45,100.50
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
| --- | --- |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Unit #17 Pheasant Manor, Buckley MI Parcel no: 2412-01-4120** | Ownership-sole | $0.00 | doubling the SEV | $10,000.00 |
| 55.2. **three lots; 2953 Walton Rd, Kingsley, MI;  parcel no: 2810-021-012-06 Market value $10,000 each lot** | Ownership-sole | $0.00 | | $20,000.00 |

Debtor    **EETKO Builders, LLC**                                      Case number *(If known)*  **21-00150**
_____Name_____

|  |  |  |  |  |
|---|---|---|---|---|
| 55.3. | **1527 Birmley Rd,**<br>**Traverse City MI**<br>**49686**<br>**parcel no:**<br>**05-026-015-35** | Ownership-sole | $0.00 | $300,000.00 |
| 55.4. | **Debtor has several**<br>**land contract**<br>**interests which are**<br>**disclosed in**<br>**Schedule G.**<br>**Debtor will file an**<br>**amendment when**<br>**more details are**<br>**available.** | | $0.00 | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $330,000.00 |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **EETKO Builders, LLC**                                 Case number *(if known)* **21-00150**
    Name

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $92.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,100.50 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $330,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $45,692.50 | + 91b. $330,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $375,692.50 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **EETKO Builders, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00150**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1    ADR Heating & Cooling, LLC**
Creditor's Name

**9627 E Carter Rd**
**Richard Ansorge**
**Traverse City, MI 49684**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2-4-2020**
Last 4 digits of account number
**Lien;  EETKO Builders**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Lien on Lot 71, Whispering Pines No3, Maggies Lane Parcel no: 28-42-106-071-00**

Describe the lien
**Construction Lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **$10,500.00**
Value of collateral: **$0.00**

---

**2.2    EBF Partners LLC**
Creditor's Name

**Everest Business Funding**
**C/O Mancinelli Goeman**
**Law Grp**
**10500 Chicago Drive St 75**
**Zeeland, MI 49464**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2018**
Last 4 digits of account number
**85CB**

Describe debtor's property that is subject to a lien
**This is a corporate debt. The security interest claimed by this creditor doesn't appear to attach to any property owned by the Debtor. Security agreements are confusing.**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$102,000.00**
Value of collateral: **$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **EETKO Builders, LLC**
_____
Name

Case number (*if known*)    **21-00150**
_____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Kabbage Business Loans** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 77081<br>Suite 1688<br>Atlanta, GA 30357**

Creditor's mailing address

**This is a corporate debt. The security interest claimed by this creditor doesn't appear to attach to any property owned by the Debtor. Security agreements are confusing.**

Describe the lien
_____

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred<br>2019**

**Last 4 digits of account number<br>8195**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Kubota Credit  Corporation** | Describe debtor's property that is subject to a lien | $43,087.16 | $45,100.50 |
|---|---|---|---|---|

Creditor's Name

**PO Box 2429<br>Suwanee, GA 30024-0980**

Creditor's mailing address

**Kubota SVL75-2HFWC, VIN 41200<br>Debtor has a buy/sell agreement with Todd Wilcox.  If Mr. Wilcox makes all payments, he will then own the Kubota.**

Describe the lien
**Purchase Money Security**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred<br>7-2019**

**Last 4 digits of account number<br>7509**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **M Bank Mortgage Company** | Describe debtor's property that is subject to a lien | $217,000.00 | $300,000.00 |
|---|---|---|---|---|

Creditor's Name
**130 S. Cedar Street<br>PO Box 369<br>Manistique, MI 49854-0369**

Creditor's mailing address

**1527 Birmley Rd, Traverse City MI 49686<br>parcel no: 05-026-015-35**

Describe the lien

---

Debtor    **EETKO Builders, LLC**
_____    Case number (if known)    **21-00150**
Name

**mortgage**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known    ■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2020**    ■ No
**Last 4 digits of account number**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**1535**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **Potential secured Debt** | **Describe debtor's property that is subject to a lien** | | **$0.00** | **$0.00** |

Creditor's Name    Debtor has several land contract interests
which are disclosed in Schedule G.
Debtor will file an amendment when more
details are available.

_____
Creditor's mailing address    **Describe the lien**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known    ■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

**Last 4 digits of account number**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **The Business Backer** | **Describe debtor's property that is subject to a lien** | | **$202,500.00** | **$0.00** |

Creditor's Name    This is a corporate debt. The security interest
claimed by this creditor doesn't appear to
**10856 Reed Hartman Hwy**    attach to any property owned by the Debtor.
**Ste 100**    Security agreements are confusing.
**Cincinnati, OH 45242**
Creditor's mailing address    **Describe the lien**

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known    ■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019**    ■ No
**Last 4 digits of account number**    ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | EETKO Builders, LLC | | Case number (if known) | 21-00150 |
|---|---|---|---|---|
| | Name | | | |

☐ Contingent
☑ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.8 | William G. Burdette, PC | Describe debtor's property that is subject to a lien | $10,000.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**GSCL, LLC**
**13709 SW Bayshore Drive**
**Traverse City, MI 49684**

**Unit #17 Pheasant Manor, Buckley MI**
**Parcel no: 2412-01-4120**

Creditor's mailing address

**Describe the lien**

**mortgage/commerical loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11-26-2019**
**Last 4 digits of account number**
**1TRV**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $635,087.16 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **13th Circuit Court**<br>**328 Washington St**<br>**Suite 300**<br>**2019-03185**<br>**Traverse City, MI 49684** | Line   2.2 | |
| **Gerald F. Chefalo**<br>**502 Railroad Ave**<br>**PO Box 5263**<br>**Traverse City, MI 49696** | Line   2.2 | |
| **Mancinelli Goeman Law Group**<br>**10500 Chicago Drive Ste 75**<br>**Zeeland, MI 49464** | Line   2.2 | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **EETKO Builders, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00150**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,386.70** |
|---|---|---|---|

**Acuity**
**Ronald B Rich & Assoc**
**30665 Northwestern Hwy Ste 280**
**Farmington, MI 48334**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __funds owed__

Last 4 digits of account number __2GC1__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,793.98** |
|---|---|---|---|

**Builders Firstsource Inc**
**Smith & Johnson Attorneys PC**
**PO Box 705**
**Traverse City, MI 49685**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019__

**Basis for the claim:** __credit account for goods and services__

Last 4 digits of account number __5164__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,202.29** |
|---|---|---|---|

**Capital One**
**Bankruptcy Department**
**PO Box 30281**
**Salt Lake City, UT 84130-0281**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2015__

**Basis for the claim:** __Credit Card purchases; and business card__

Last 4 digits of account number __3033__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,550.23** |
|---|---|---|---|

**Chase Ink**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2017__

**Basis for the claim:** __Credit Card purchases, business__

Last 4 digits of account number __8641__

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **EETKO Builders, LLC**
_____
Name

Case number (*if known*)    **21-00150**

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,118.25 |
|---|---|---|---|

**Home Depot Credit Services**
**PO Box 790328**
**Saint Louis, MO 63179**

Date(s) debt was incurred **2015**

Last 4 digits of account number **5227**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card purchases, business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,356.48 |
|---|---|---|---|

**Kingsley Lumber & Hardware,LLC**
**Bishop & Heinz, PC**
**PO Box 707**
**Traverse City, MI 49685**

Date(s) debt was incurred **2019**

Last 4 digits of account number **56CK**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,140.71 |
|---|---|---|---|

**Leelanau Redi Mix**
**C/O Grogan Law PC**
**3240 Racquet Club Drive**
**Traverse City, MI 49684**

Date(s) debt was incurred **2019**

Last 4 digits of account number **00CZ**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **services and product**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,313.21 |
|---|---|---|---|

**Marvin and Rose Ann Slee**
**PO Box 726**
**Kingsley, MI 49649**

Date(s) debt was incurred **2019**

Last 4 digits of account number **7SC1**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **down payment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Matthew McCormick**
**361 Farm Lane**
**Traverse City, MI 49696**

Date(s) debt was incurred **2019**

Last 4 digits of account number **0GC1**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **property damage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**North Coast Legal**
**Michael C Naughton**
**800 Cottageview Drive**
**Ste 1080 A**
**Traverse City, MI 49684**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,754.57 |
|---|---|---|---|

**O'Leary Paint**
**300 E Oakland Ave**
**Lansing, MI 48906**

Date(s) debt was incurred **2019**

Last 4 digits of account number **1541**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **product**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EETKO Builders, LLC** | | Case number (if known) | **21-00150** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,257.20 |
|---|---|---|---|

**Pro Image Design, Inc**
**331 South Airport Rd**
**Traverse City, MI 49686**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **0569**

Basis for the claim:  **truck wrap**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120,000.00 |
|---|---|---|---|

**Rod and Barbara Bogart**
**621 Fenton Rd**
**Kingsley, MI 49649**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **na**

Basis for the claim:  **unsecured portion of building project**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,391.13 |
|---|---|---|---|

**Shoemaker Inc**
**Heating & Cooling Supply**
**507 Chicago Drive**
**Holland, MI 49423**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **T005**

Basis for the claim:  **products and services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Simmer Land Surveying LLC**
**PO Box 81**
**Mesick, MI 49668**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **4718**

Basis for the claim:  **This is a corporate debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Todd Wilcox**
**896 Reynolds Rd**
**Interlochen, MI 49643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,361.97 |
|---|---|---|---|

**William G. Burdette, PC**
**13709 SW Bayshore Drive**
**Traverse City, MI 49684**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 and 2020**

Last 4 digits of account number  **EETKO**

Basis for the claim:  **attorney fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Debtor | **EETKO Builders, LLC** | | Case number (if known) | **21-00150** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **13th Circuit Court**<br>**328 Washington St**<br>**Suite 300**<br>**Traverse City, MI 49684** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **13th Circuit Court**<br>**328 Washington St**<br>**Suite 300**<br>**19-35056**<br>**Traverse City, MI 49684** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **86th District Court**<br>**280 Washington Street**<br>**Suite 114C**<br>**20-1842 GC1**<br>**Traverse  City, MI 49684** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **86th District Court**<br>**280 Washington Street**<br>**Suite 114C**<br>**20-1667-SC1**<br>**Traverse  City, MI 49684** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **86th District Court**<br>**280 Washington Street**<br>**Suite 114C**<br>**20-1344 SC 1**<br>**Traverse  City, MI 49684** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Gerald F. Chefalo**<br>**502 Railroad Ave**<br>**PO Box 5263**<br>**Traverse City, MI 49696** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **GSCL LLC**<br>**William Burdette**<br>**13709 SW Bayshore**<br>**Traverse City, MI 49684** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Mitchell Concrete**<br>**Craig Elhart**<br>**329 South Union St**<br>**Traverse City, MI 49684** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Shaun Gober**<br>**2122 Solace Drive**<br>**Traverse City, MI 49696** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **321,626.72** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **321,626.72** |

**Fill in this information to identify the case:**

Debtor name        **EETKO Builders, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    **21-00150**

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Debtor is the land contract Vendee land contract for Unit no's 12 and 13, Pheasant Mannor Condo, Wexford County, Parcel no. for Unit 12 is 2412-01-4115 and for Unit 13 is 2412-01-4116** | |
| State the term remaining | | **James and Heather Cade Terri Schichtel 11555 N 9 Rd Buckley, MI 49620** |
| List the contract number of any government contract | **na** | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **land contract for 9890 Summit City Rd, Kingsley MI property. Debtor is land contract vendee. Parcel no: 2810-021-012-02; parent property Parcel no: 2810-021-012-06; 2953 Walton Rd, Kingsley mi 49649 Parcel no: 2810-021-012-05; 2895 Walton Rd, Kingsley MI 49649 Parcel no: 2810-021-012-04; 2835 Walton Rd, Kingsley MI 49649 Parcel no: 2810-021-012-03; 9890 Summit City Rd, Kingsley MI 49649** | |
| State the term remaining | | **M&M Properties #1, LLC 3297 Holiday View Drive Traverse City, MI 49686** |
| List the contract number of any | **na** | |

Debtor 1   **EETKO Builders, LLC**

First Name          Middle Name          Last Name

Case number *(if known)*   **21-00150**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor is land contract vendor.**<br>**land contract for property located at 1527 Birmley Rd, Traverse City MI 49686 Parcel no: 05-026-015-35 The amount due on Land Contract is the amount due for the MBank mortgage.** | |
|---|---|---|---|
| | State the term remaining | | **MAD Entertainment, LLC** |
| | List the contract number of any government contract | **na** | **Brad J Vannatter**<br>**514 E Front Street**<br>**Traverse City, MI 49686** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lessor for Debtor's business premises** | |
|---|---|---|---|
| | State the term remaining | **none** | **Newhouse TC Properties** |
| | List the contract number of any government contract | **na** | **3803 Brayton Lane**<br>**Traverse City, MI 49685** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **EETKO Builders, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **21-00150** |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.2 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.3 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |
| 2.4 | | Street | | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **EETKO Builders, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | **21-00150** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **330,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $     **45,692.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $     **375,692.50**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **635,087.16**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     **321,626.72**

4. Total liabilities ...........................................................................................................
    Lines 2 + 3a + 3b       $     **956,713.88**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy