Fill in this information to identify the case:

Debtor name: **EETKO Builders, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known): **21-00150**

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. **4 Front Credit Union** .................................................................................................. $92.00

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81. ..................................................................... $92.00

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. Does the debtor own any investments?

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Debtor | EETKO Builders, LLC | Case number (If known) 21-00150 |
|---|---|---|
| | Name | |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials<br>Miscellaneous building materials | | $0.00 | | $500.00 |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies | | | | |
| 23. | **Total of Part 5.**<br>Add lines 19 through 22. Copy the total to line 84. | | | | $500.00 |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | EETKO Builders, LLC | Case number (If known) 21-00150 |
|---|---|---|
| | Name | |

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
Kubota SVL75-2HFWC, VIN 41200
Debtor has a buy/sell agreement with Todd Wilcox. If Mr. Wilcox makes all payments, he will then own the Kubota.    $0.00    Dealer valuation    $45,100.50

**51.** Total of Part 8.
Add lines 47 through 50. Copy the total to line 87.    $45,100.50

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
■ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Unit #17 Pheasant Manor, Buckley MI Parcel no: 2412-01-4120 | Ownership-sole | $0.00 | doubling the SEV | $10,000.00 |

Debtor  **EETKO Builders, LLC**  
      Name

Case number *(If known)*  **21-00150**

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | 9890 Summit City Rd property; parent property; parcel no: 2810-021-012-02<br>2781 Walton Rd Parcel no: 2810-021-012-03<br>2835 Walton Rd Parcel no: 2810-021-012-04<br>2895 Walton Rd Parcel no: 2810-021-012-05<br>2953 Walton Rd Parcel no: 2810-021-012-06 | Ownership-sole | $220,000.00 | Tax records | $220,000.00 |
| 55.3. | 1527 Birmley Rd, Traverse City MI 49686 parcel no: 05-026-015-35 | Ownership-sole | $0.00 | | $217,000.00 |
| 55.4. | Land contract vendee's interest in Lot's 12 and 13 of Pheasant Mannor; parcel no: 2412-01-4120<br><br>Debtor is rejecting this Land Contract. | Land contract Vendee | $0.00 | | $20,000.00 |
| 55.5. | New construction home located at 1351 Maggie's Lane, Kingsley MI 49649. Parcel no: 28-42-106-071-00; Lot 71, Whispering Pines No 3. | Ownership-sole | $0.00 | Appraisal | $379,900.00 |

56. **Total of Part 9.**                                                                            **$846,900.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ■ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

**Part 10:** Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

Debtor     **EETKO Builders, LLC**                  Case number *(If known)* **21-00150**
           Name

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

                                                                                                           **Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Debtor conducted a review of its finances to determine if any improper financial activities took place. Debtor did not discover sufficient evidence to establish misconduct. Details will be provided to the Trustee. In Debtor's opinion this claim has no value.
Nature of claim       Potential claim for damages.
Amount requested              $0.00                                   **Unknown**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                         **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **EETKO Builders, LLC**    Case number *(If known)* **21-00150**
          Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $92.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $45,100.50 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $846,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $45,692.50 | + 91b. $846,900.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $892,592.50 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | EETKO Builders, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | 21-00150 |

☒ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| 2.1 | **ADR Heating & Cooling, LLC**<br>Creditor's Name<br><br>9627 E Carter Rd<br>Richard Ansorge<br>Traverse City, MI 49684<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**2-4-2020**<br>Last 4 digits of account number<br>**Lien; EETKO Builders**<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Builder Finance Inc.<br>2. Leelanau Redi Mix<br>3. Mitchell Concrete Services LLC<br>4. ADR Heating & Cooling, LLC<br>5. EBF Partners LLC | Describe debtor's property that is subject to a lien<br>**New construction home located at 1351 Maggie's Lane, Kingsley MI 49649. Parcel no: 28-42-106-071-00; Lot 71, Whispering Pines No 3.**<br><br>Describe the lien<br>**Construction Lien**<br>Is the creditor an insider or related party?<br>☒ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | | $10,500.00 | $379,900.00 |
| 2.2 | **Builder Finance Inc.**<br>Creditor's Name<br><br>1222 Veterans Drive<br>Ste A<br>Traverse City, MI 49684<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**New construction home located at 1351 Maggie's Lane, Kingsley MI 49649. Parcel no: 28-42-106-071-00; Lot 71, Whispering Pines No 3.**<br><br>Describe the lien<br>**Construction mortgage**<br>Is the creditor an insider or related party?<br>☒ No | | $257,540.00 | $379,900.00 |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 6

| Debtor | EETKO Builders, LLC | Case number (if known) | 21-00150 |
|---|---|---|---|

Name

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
3-29-2019

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number
7100

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 | EBF Partners LLC | Describe debtor's property that is subject to a lien | $102,000.00 | $379,900.00 |
|---|---|---|---|---|

Creditor's Name

Everest Business Funding
C/O Mancinelli Goeman Law Grp
10500 Chicago Drive St 75
Zeeland, MI 49464

Creditor's mailing address

New construction home located at 1351 Maggie's Lane, Kingsley MI 49649. Parcel no: 28-42-106-071-00; Lot 71, Whispering Pines No 3.

Describe the lien
Judgment lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
2018

Last 4 digits of account number
85CB

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | Gerald and Marge Selbee | Describe debtor's property that is subject to a lien | $36,400.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 578
GSCL, LLC
Evart, MI 49631

Creditor's mailing address

Unit #17 Pheasant Manor, Buckley MI
Parcel no: 2412-01-4120
Lot's 12 and 13 of Pheasant Mannor; parcel no: 2412-01-4120

Describe the lien
lien on Debtor's land contract vendees interest on lots 12 & 13 & 17

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
6-2020

Last 4 digits of account number
none

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

---

Debtor  **EETKO Builders, LLC**
         Name

Case number (if known) **21-00150**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.5 | **James And Heather Cade** | Describe debtor's property that is subject to a lien | $22,735.70 | $20,000.00 |

Creditor's Name
**Terri Schichtel
11555 North 9 Rd
Buckley, MI 49620**
Creditor's mailing address

Land contract vendee's interest in Lot's 12 and 13 of Pheasant Mannor; parcel no: 2412-01-4120

Describe the lien
**Land Contract holder**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2016**
Last 4 digits of account number
**none**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Kabbage Business Loans** | Describe debtor's property that is subject to a lien | $50,000.00 | $0.00 |

Creditor's Name

**PO Box 77081
Suite 1688
Atlanta, GA 30357**
Creditor's mailing address

This is a corporate debt. The security interest claimed by this creditor doesn't appear to attach to any property owned by the Debtor. Security agreements are confusing.

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019**
Last 4 digits of account number
**8195**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.7 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $43,087.16 | $45,100.50 |

Creditor's Name

**PO Box 2429
Suwanee, GA 30024-0980**
Creditor's mailing address

Kubota SVL75-2HFWC, VIN 41200
Debtor has a buy/sell agreement with Todd Wilcox. If Mr. Wilcox makes all payments, he will then own the Kubota.

Describe the lien
**Purchase Money Security**

---

Official Form 206D      Additional Page of Schedule D: Creditors Who Have Claims Secured by Property                   page 3 of 6

| Debtor | EETKO Builders, LLC | Case number (if known) | 21-00150 |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
7-2019

Last 4 digits of account number
7509

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.8 | Leelanau Redi Mix | | $15,998.82 | $379,900.00 |
|---|---|---|---|---|

Creditor's Name

C/O Grogan Law PC
3240 Racquet Club Drive
Traverse City, MI 49684
Creditor's mailing address

Describe debtor's property that is subject to a lien
New construction home located at 1351 Maggie's Lane, Kingsley MI 49649. Parcel no: 28-42-106-071-00;  Lot 71, Whispering Pines No 3.

Describe the lien
Construction lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
9-30-2019

Last 4 digits of account number
00CZ

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.9 | M Bank Mortgage Company | | $217,000.00 | $217,000.00 |
|---|---|---|---|---|

Creditor's Name

130 S. Cedar Street
PO Box 369
Manistique, MI 49854-0369
Creditor's mailing address

Describe debtor's property that is subject to a lien
1527 Birmley Rd, Traverse City MI 49686
parcel no: 05-026-015-35

Describe the lien
mortgage

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
2020

Last 4 digits of account number
1535

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | EETKO Builders, LLC | Case number (if known) | 21-00150 |
|---|---|---|---|

### 2.10 M&M Properties #1, LLC
**Creditor's Name**

3297 Holiday View Drive
Traverse City, MI 49686
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
5-2017

**Last 4 digits of account number**
na

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
9890 Summit City Rd property; parent property; parcel no: 2810-021-012-02
2781 Walton Rd Parcel no: 2810-021-012-03
2835 Walton Rd Parcel no: 2810-021-012-04
2895 Walton Rd Parcel no: 2810-021-012-05
2953 Walton Rd Parcel no: 2810-021-0

**Describe the lien**
Land Contract Vendee

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

$220,000.00    $220,000.00

---

### 2.11 Mitchell Concrete Services LLC
**Creditor's Name**

2450 W Center Rd
Kingsley, MI 49649
*Creditor's mailing address*

*Creditor's email address, if known*

**Date debt was incurred**
12-16-2019

**Last 4 digits of account number**
0255,Lane

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
New construction home located at 1351 Maggie's Lane, Kingsley MI 49649. Parcel no: 28-42-106-071-00;  Lot 71, Whispering Pines No 3.

**Describe the lien**
Construction Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

$6,601.25    $379,900.00

---

### 2.12 The Business Backer
**Creditor's Name**

10856 Reed Hartman Hwy
Ste 100
Cincinnati, OH 45242
*Creditor's mailing address*

**Describe debtor's property that is subject to a lien**
This is a corporate debt. The security interest claimed by this creditor doesn't appear to attach to any property owned by the Debtor. Security agreements are confusing.

**Describe the lien**

$202,500.00    $0.00

---

| Debtor | EETKO Builders, LLC | Case number (if known) | 21-00150 |
|---|---|---|---|
| | Name | | |

| | Is the creditor an insider or related party? |
|---|---|
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| 2019 | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $1,184,362.93

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 13th Circuit Court<br>328 Washington St<br>Suite 300<br>2019-03185<br>Traverse City, MI 49684 | Line 2.3 | |
| Gerald F. Chefalo<br>502 Railroad Ave<br>PO Box 5263<br>Traverse City, MI 49696 | Line 2.3 | |
| GSCL LLC<br>William Burdette<br>13709 SW Bayshore<br>Traverse City, MI 49684 | Line 2.8 | |
| Mancinelli Goeman Law Group<br>10500 Chicago Drive Ste 75<br>Zeeland, MI 49464 | Line 2.3 | |
| Mitchell Concrete<br>Craig Elhart<br>329 South Union St<br>Traverse City, MI 49684 | Line 2.8 | |
| Shaun Gober<br>2122 Solace Drive<br>Traverse City, MI 49696 | Line 2.8 | |
| William G. Burdette, PC<br>13709 SW Bayshore Drive<br>Traverse City, MI 49684 | Line 2.4 | |

**Fill in this information to identify the case:**

Debtor name: **EETKO Builders, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF MICHIGAN**

Case number (if known): **21-00150**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ■ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ■ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ■ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ■ Schedule H: Codebtors (Official Form 206H)
- ■ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 6, 2021**

X _/s/ Shaun Gober_
Signature of individual signing on behalf of debtor

**Shaun Gober**
Printed name

**Managing Member**
Position or relationship to debtor